JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of the Omni Vision International, Inc. Cash Balance Plan,<br><br>Plaintiff,<br><br>v.<br><br>JUNG KEE KIM (a.k.a. NICHOLAS KIM),<br><br>Defendant. | No. 2:24-cv-04114-DSF-PD<br><br>JUDGMENT |

The Court having granted Plaintiff Pension Benefit Guaranty Corporation's motion for default judgment against Defendant Jung Kee Kim and having found that Plaintiff is entitled to monetary damages in the amount of $311,669.51 in general damages and $9,833.39 in attorneys' fees,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Pension Benefit Guaranty Corporation, as statutory trustee of the Omni Vision International, Inc. Cash Balance Plan, and against Defendant Kim.  Plaintiff is entitled to costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.  Defendant is ordered to pay Plaintiff $321,502.90, as follows:

1. $311,669.51 in general damages; and

2. $9,833.39 in attorneys' fees.

Plaintiff is permitted to offset benefits Kim is entitled to receive under the Plan against the amount he owes.

Date: October 11, 2024

                                Dale S. Fischer
                                United States District Judge